UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOMPHONG XAI VONGSUWAN<br><br>Defendant. | Case No.  2:18-mj-00181-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SOMPHONG XAI VONGSUWAN Case No.  2:18-mj-00181-CKD  Charge  18 USC § 371, 922(a)(1)(A), 922(o), 922(g)(1),26 USC § 5861(d), 5861(i) from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

  X    (Other):  Order dismissing case.

Issued at Sacramento, California on October 5, 2018 at 9:00 AM

By: _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE