FILED
October 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOMPHONG XAI VONGSUWAN

Defendant.

Case No. 2:18-mj-00181-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SOMPHONG XAI VONGSUWAN  Case No.  2:18-mj-00181-CKD  Charge  18 USC § 371, 922(a)(1)(A), 922(o), 922(g)(1),26 USC § 5861(d), 5861(i)  from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Order dismissing case.

Issued at Sacramento, California on October 5, 2018 at 9:00 AM

By: _/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE